# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
## St. Louis, Missouri 63102

**Susan E. Bindler**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

March 20, 2026

Aaron P. Pilcher
PILCHER LAW FIRM
79 Third Street S.E.
Huron, SD  57350

    RE:  26-1503  Students For Life Action v. Marty Jackley, et al

Dear Counsel:

    The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

    Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

    The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A.

    Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

    The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://pacer.psc.uscourts.gov/pscof/login.xhtml. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Susan E. Bindler
Clerk of Court

MMH

Enclosure(s)

cc: Clerk, U.S. District Court, District of South Dakota
Grant M. Flynn
Connie Heckenlaible
Jacob H. Huebert
Timothy E. Kilcullen
Jeffrey M. Schwab

District Court/Agency Case Number(s): 3:23-cv-03010-RAL

**Caption For Case Number:  26-1503**

Students For Life Action

        Plaintiff - Appellant

v.

Marty Jackley, in his official capacity as Attorney General of the State of South Dakota; Monae Johnson, in her official capacity as South Dakota Secretary of State

        Defendants - Appellees

Appellate Case: 26-1503    Page: 3    Date Filed: 03/20/2026 Entry ID: 5620711

**Addresses For Case Participants:   26-1503**

Aaron P. Pilcher
PILCHER LAW FIRM
79 Third Street S.E.
Huron, SD  57350

Clerk, U.S. District Court, District of South Dakota
U.S. DISTRICT COURT
District of South Dakota
Room 405
Post Office & U.S. Courthouse
Pierre, SD  57501

Grant M. Flynn
ATTORNEY GENERAL'S OFFICE
Suite 1
1302 E. Highway 1889
Pierre, SD  57501-8501

Connie Heckenlaible
UNITED STATES POST OFFICE AND COURTHOUSE
Federal Building
225 S. Pierre Street
Pierre, SD  57501

Jacob H. Huebert
LIBERTY JUSTICE CENTER
Suite 1-250
7500 Rialto Boulevard
Austin, TX  78735

Tim E. Kilcullen
LIBERTY JUSTICE CENTER
Suite 1-250
7500 Rialto Boulevard
Austin, TX  78735

Jeffrey M. Schwab
LIBERTY JUSTICE CENTER
Suite 1-250
7500 Rialto Boulevard
Austin, TX  78735