No. 2026-1503

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

---

STUDENTS FOR LIFE ACTION,

Plaintiff-Appellant

v.

MARTY JACKLEY, *in his official capacity as the Attorney General of the State of South Dakota*, and MONAE JOHNSON, *in her official capacity as the Secretary of State of the State of South Dakota*

Defendants-Appellees,

---

Appeal from the United States District Court
for the District of South Dakota
No. 3:2023-cv-03010, Hon. Roberto A. Lange, Chief Judge

---

**Corporate Disclosure Statement**

---

Jeffrey Schwab
Timothy Kilcullen
LIBERTY JUSTICE CENTER
7500 Rialto Blvd.
Suite 1-250
Austin, Texas 78735
512-481-4400
jschwab@ljc.org
tkilcullen@ljc.org

*Counsel for Plaintiff-Appellant*

Appellate Case: 26-1503    Page: 1    Date Filed: 03/24/2026 Entry ID: 5621451

# Corporate Disclosure Statement

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eighth Circuit Local Rule 26.1A, Plaintiff-Appellant Students for Life Action certifies that it does not have a parent company and no publicly held company owns 10% or more of its stock.

Dated: March 24, 2026

Respectfully Submitted,

/s/ Timothy Kilcullen

Jeffrey Schwab
Timothy Kilcullen
LIBERTY JUSTICE CENTER
7500 Rialto Blvd.
Suite 1-250
Austin, TX 78735
(512) 481-4400
rmorrison@ljc.org
tkilcullen@ljc.org

*Counsel for Appellant*

1

Appellate Case: 26-1503    Page: 2    Date Filed: 03/24/2026 Entry ID: 5621451

## Certificate of Service

I certify that on March 24, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Timothy Kilcullen

Appellate Case: 26-1503    Page: 3    Date Filed: 03/24/2026 Entry ID: 5621451