UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: Students for Life Action vs. Marty Jackley, et al

**The Clerk will enter my appearance as Counsel in Appeal No.** 26-1503 for the
following party(s): (please specify)

Marty Jackley, Monae Johnson

☐ Appellant(s) ☐ Petitioner(s) ☑ Appellee(s) ☐ Respondent(s) ☐ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Grant M. Flynn  s/: /s/ Grant M. Flynn

Firm Name: Office of Attorney General

Business Address: 1302 East SD Highway 1889, Suite 1

City/State/Zip: Pierre, SD 57501

Telephone Number (Area Code): 605-773-3215

Email Address: grant.flynn@state.sd.us

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 3/24/26 , I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: