IX No. 2026-1503

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

---

STUDENTS FOR LIFE ACTION,

Plaintiff-Appellant

v.

MARTY JACKLEY, *in his official capacity as the Attorney General of the State of South Dakota*, and MONAE JOHNSON, *in her official capacity as the Secretary of State of the State of South Dakota*

Defendants-Appellees,

---

Appeal from the United States District Court
for the District of South Dakota
No. 3:2023-cv-03010, Hon. Roberto A. Lange, Chief Judge

---

## Appendix Notification Statement

---

Jeffrey Schwab
Timothy Kilcullen
LIBERTY JUSTICE CENTER
7500 Rialto Blvd.
Suite 1-250
Austin, Texas 78735
512-481-4400
jschwab@ljc.org
tkilcullen@ljc.org

*Counsel for Plaintiff-Appellant*

No. 2026-1503

# Appendix Notification Statement

Plaintiff-Appellant Students for Life Action (SFLA) has conferred with opposing counsel and agreed to a joint appendix. This appendix will be submitted concurrently to the Appellant's Brief.

Dated: March 30, 2026

Respectfully Submitted,

/s/   Timothy Kilcullen
Jeffrey Schwab
Timothy Kilcullen
LIBERTY JUSTICE CENTER
7500 Rialto Blvd.
Suite 1-250
Austin, TX 78735
(512) 481-4400
rmorrison@ljc.org
tkilcullen@ljc.org
*Counsel for Appellant*

## CERTIFICATE OF SERVICE

I certify that on March 30, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Timothy Kilcullen

Jeffrey Schwab
Timothy Kilcullen
LIBERTY JUSTICE CENTER
7500 Rialto Blvd.
Suite 1-250
Austin, TX 78735
(512) 481-4400
rmorrison@ljc.org
tkilcullen@ljc.org
*Counsel for Appellant*

- -

Appellate Case: 26-1503    Page: 3    Date Filed: 03/30/2026 Entry ID: 5623629