No. 26-1503

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

---

Students for Life Action,

Plaintiff-Appellant

v.

Marty Jackley, *in his official capacity as the Attorney General of the State of South Dakota*, and Monae Johnson, *in her official capacity as the Secretary of State of the State of South Dakota*

Defendants-Appellees,

---

Appeal from the United States District Court
for the District of South Dakota
No. 3:2023-cv-03010, Hon. Roberto A. Lange, Chief Judge

---

**Unopposed Motion to Extend
Deadline to File Appellant's Brief**

---

Plaintiff-Appellant Students for Life Action (SFLA) moves this Court for an order extending the deadline to file Appellant's opening brief 30 days, from May 11, 2026, to June 10, 2026.

In support of this Motion, SFLA states as follows:

1.     This appeal involves First Amendment challenges to a South Dakota statute requiring donor disclaimers and disclosure statements for certain political advocacy speech.

2. Currently, Appellant's opening brief is due May 11, 2026.

3. Counsel has conferred with Appellees' counsel, who do not oppose this request.

4. The requested 30-day extension is necessary to ensure that Appellant's counsel can adequately prepare the principal brief.

5. Appellant's counsel, Jeffrey Schwab, was preoccupied with other matters, including:

 a. presenting oral argument in *Burlap and Barrel, Inc., et al. v. Trump et al.* (Court of Int'l Trade No. 26-cv-1606);

 b. preparing and filing a petition for a writ of certiorari in *Rio Grande Foundation v. Toulouse Oliver*, No. 25-1248;

 c. preparing and filing a reply brief in *Illinois Policy Institute at al. v. Flanagan* (7th Cir., No. 25-2937).

6. In addition, Appellant's counsel Timothy Kilcullen was on personal leave from April 18, 2026, until May 4, 2026. He is also currently preoccupied with other matters, including rewriting opposition briefs for *Griffin v. Stillie*, No. 3:2022-cv-00077, in light of the surprise en banc ruling in *Moving Oxnard Forward, Inc. v. Lopez*, 2026 U.S. App. LEXIS 11429, *5 (9th Cir. 2026).

2

7. SFLA has not sought any prior extensions in this case.

8. This motion is not submitted for purposes of delay, and no party will be prejudiced by its allowance.

For the foregoing reasons, SFLA requests that its unopposed motion for an extension of time to file its opening brief until June 10, 2026, be granted.

Dated: May 5, 2026

Respectfully submitted,

/s/ Jeffrey M. Schwab
Jeffrey Schwab
Timothy Kilcullen
LIBERTY JUSTICE CENTER
7500 Rialto Blvd.
Suite 1-250
Austin, Texas 78735
512-481-4400
jschwab@ljc.org
tkilcullen@ljc.org

*Counsel for Appellant*

3

## Certificate of Compliance

I certify that this document complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2). This motion is prepared in 14-point Century Schoolbook font, and it contains 295 words.

/s/ Jeffrey M. Schwab
Jeffrey Schwab
*Counsel for Appellant*

4

Appellate Case: 26-1503    Page: 4    Date Filed: 05/05/2026 Entry ID: 5636689

# Certificate of Service

I certify that on May 5, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Jeffrey M. Schwab
Jeffrey Schwab
*Counsel for Appellant*

Appellate Case: 26-1503    Page: 5    Date Filed: 05/05/2026 Entry ID: 5636689