# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No. 26-1503

Students For Life Action

Appellant

v.

Marty Jackley, in his official capacity as Attorney General of the State of South Dakota and Monae Johnson, in her official capacity as South Dakota Secretary of State

Appellees

---

Appeal from U.S. District Court for the District of South Dakota - Central
(3:23-cv-03010-RAL)

---

### ORDER

Appellant's motion for an extension of time to file the brief is granted. Appellant may have until June 10, 2026 to file the brief and appendix.

May 06, 2026

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler