**Susan E. Bindler**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
www.ca8.uscourts.gov

June 29, 2026

Randy Elf
P.O. Box 525
Lakewood, NY  14750

RE:  26-1503  Students For Life Action v. Marty Jackley, et al

Dear Counsel:

The amicus curiae brief of Randy Elf has been filed. If you have not already done so, please complete and file an Appearance form.  You can access the Appearance Form at www.ca8.uscourts.gov/all-forms.

Please note that Federal Rule of Appellate Procedure 29(g) provides that an amicus may only present oral argument by leave of court. If you wish to present oral argument, you need to submit a motion. Please note that if permission to present oral argument is granted, the court's usual practice is that the time granted to the amicus will be deducted from the time allotted to the party the amicus supports. You may wish to discuss this with the other attorneys before you submit your motion.

Susan E. Bindler
Clerk of Court

NDG

Enclosure(s)

cc:    Grant Michael Flynn
        Jacob H. Huebert
        Tim Edward Kilcullen
        Aaron P. Pilcher I
        Jeffrey Michael Schwab

District Court/Agency Case Number(s):  3:23-cv-03010-RAL