# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: Students for Life Action vs. Jackley

**The Clerk will enter my appearance as Counsel in Appeal No.** 26-1503 for the following party(s): (please specify)

Randy Elf

☐ Appellant(s) ☐ Petitioner(s) ☐ Appellee(s) ☐ Respondent(s) ☑ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Randy Elf    s/: /s/ Randy Elf

Firm Name: 

Business Address: Post Office Box 525

City/State/Zip: Lakewood, N. Y. 14750

Telephone Number (Area Code): 202/423-2122

Email Address: ForEFilingOnly@gmail.com

---

### CERTIFICATE OF SERVICE

☑ I hereby certify that on 6/29/2026 , I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: