# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Susan E. Bindler**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

July 24, 2026

Anna Marks Baldwin
CAMPAIGN LEGAL CENTER
Suite 400
1101 14th Street, N.W.
Washington, DC  20005

    RE:  26-1503  Students For Life Action v. Marty Jackley, et al

Dear Counsel:

The amicus curiae brief of the Campaign Legal Center has been filed. If you have not already done so, please complete and file an Appearance form.  You can access the Appearance Form at www.ca8.uscourts.gov/all-forms.

Please note that Federal Rule of Appellate Procedure 29(g) provides that an amicus may only present oral argument by leave of court. If you wish to present oral argument, you need to submit a motion. Please note that if permission to present oral argument is granted, the court's usual practice is that the time granted to the amicus will be deducted from the time allotted to the party the amicus supports. You may wish to discuss this with the other attorneys before you submit your motion.

        Susan E. Bindler
        Clerk of Court

NDG

Enclosure(s)

cc:    Randy Elf
     Grant Michael Flynn
     Kevin P. Hancock
     Jacob H. Huebert
     Timothy Edward Kilcullen
     Tara Malloy
     Megan P. McAllen
     Aaron P. Pilcher I
     Jeffrey Michael Schwab

     District Court/Agency Case Number(s):   3:23-cv-03010-RAL