No. 26-1503

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

STUDENTS FOR LIFE ACTION,

*Plaintiff-Appellant*,

v.

MARTY JACKLEY, *in his official capacity as Attorney General,* MONAE JOHNSON, *in her official capacity as Secretary of State,*

*Defendants-Appellees*

Appeal from the United States District Court
for the District of South Dakota
No. 3:2023-cv-03010

**Motion to File Reply Brief Out-of-Time Instanter**

Jeffrey Schwab
LIBERTY JUSTICE CENTER
7500 Rialto Blvd.
Suite 1-250
Austin, Texas 78735
512-481-4400
jschwab@ljc.org

*Counsel for Appellant*

## Motion for Leave to File Brief Out-of-Time

Appellant Students for Life Action (SFLA) respectfully moves this Court for leave to file its reply brief out-of-time instanter. In support SFLA states:

1.  On July 15, 2026, after Appellee's filed their brief, this Court set a deadline of August 5, 2026, for SFLA to file its reply brief.

2.  On the evening of August 5, 2026, Jeffrey Schwab, counsel for SFLA, attempted to submit the reply brief but was unable to because when he attempted to log in to the Court's CM/ECF PACER filing system, he could not get to the filing page. After logging in, he was stuck at a page that said: "U.S. Court of Appeals, Eighth Circuit Logged in as Jeffrey Schwab" and requiring a client code. This appeared to be an Eighth Circuit ECF issue, as he was successfully able to log in to other circuit courts' ECF systems.

3.  Mr. Schwab asked his co-counsel, Timothy Kilcullen, to attempt to log on to the filing system and Mr. Kilcullen had the same problem. Despite repeated attempts to log in to file the reply brief by Mr. Schwab and Mr. Kilcullen, counsel were unable to do so by midnight to meet the filing deadline.

1

4.  On the morning of August 6, 2026, Mr. Schwab was finally able to log in to this Court's ECF filing system. Mr. Schwab called the Court's case manager and explained the situation, and she advised him to file this motion simultaneously with the reply brief.

5.  SFLA respectfully asks the Court for leave to file its reply brief out-of-time instanter. The slightly untimely filing will not cause any delay in this case or any prejudice to any party or this Court. No further briefs are due, and oral argument has not yet been scheduled.

Date: August 6, 2026

Respectfully Submitted,

/s/ Jeffrey M. Schwab

Jeffrey Schwab
LIBERTY JUSTICE CENTER
7500 Rialto Blvd.
Suite 1-250
Austin, Texas 78735
512-481-4400
jschwab@ljc.org

*Counsel for Appellant*

Appellate Case: 26-1503   Page: 3   Date Filed: 08/06/2026 Entry ID: 5669458

# Certificate of Compliance

I certify that this document complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2). This motion is prepared in 14-point Century Schoolbook font, and it contains 304 words.

/s/ Jeffrey M. Schwab

Jeffrey Schwab
*Counsel for Appellant*

3

Appellate Case: 26-1503    Page: 4    Date Filed: 08/06/2026 Entry ID: 5669458

## Certificate of Service

I hereby certify that on August 6, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF System. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Jeffrey M. Schwab

Jeffrey Schwab
*Counsel for Appellant*

4

Appellate Case: 26-1503    Page: 5    Date Filed: 08/06/2026 Entry ID: 5669458