# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No. 26-1503

Students For Life Action

Appellant

v.

Marty Jackley, in his official capacity as Attorney General of the State of South Dakota and Monae Johnson, in her official capacity as South Dakota Secretary of State

Appellees

------------------------------

Randy Elf

Amicus on Behalf of Appellant(s)

Campaign Legal Center

Amicus on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the District of South Dakota - Central
(3:23-cv-03010-RAL)

---

## ORDER

Appellant's motion to file the reply brief out of time is granted.  The Clerk is directed to file appellant's reply brief as of this date.

August 07, 2026

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler